UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| THE FREDERICK J. STATTS AND GENEVA S. STATTS FAMILY TRUST, ELIZABETH STATTS MCCREA, TRUSTEE, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:18-cv-00130-RLY-DML |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT STATE FARM MUTUAL AUTOMOTIVE INSURANCE COMPANY'S MOTION TO DISMISS**

Defendant, State Farm Mutual Automobile Insurance Company, moves to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure. Defendant contends Plaintiff seeks an advisory opinion, and as such, there is no case or controversy warranting a declaratory judgment because no underlying claim, loss, suit, or occurrence exists. *See Ashcroft v. Mattis*, 431 U.S. 171, 172 (1977) (quoting *Aetna Life Ins. Co. v. Haworth*, 300 U.S. 227, 242 (1937) ("For a declaratory judgment to issue, there must be a dispute which 'calls, not for an advisory opinion upon a hypothetical basis, but for an adjudication of present right upon established facts.'")).

1

The allegations reflect that Plaintiff asked a State Farm underwriter and agent whether Plaintiff's Rental Dwelling Policy included liability coverage for bodily injury or property damage "loss claims" caused by Plaintiff's chromated copper arsenate treated wood deck. (Compl. ¶ 7). They allegedly advised that the State Farm Policy excludes coverage for pollutants. (*Id.*). In other words, Plaintiff asked a question about potential liability coverage under the policy, and State Farm answered the question. There was no underlying loss, suit, claim or occurrence. Consequently, there are no facts upon which State Farm could make a formal determination of liability coverage. Accordingly, Defendant's Motion to Dismiss (Filing No. 9) is **GRANTED**.

**SO ORDERED** this 11th day of February 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.